# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J.SH SECURITY INDUSTRIES D.C.S. LTD., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BARTECH SYSTEMS INTERNATIONAL INC., *et al.*,<br><br>    Defendants. | Case No. 2:07-cv-00277-LDG (GWF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that the Ex Parte Motion to Quash Trial Subpoenas of Doreen Haneke and Joanie Ference (#216) is DENIED as moot.

DATED this _5_ day of August, 2010.

_____
Lloyd D. George
United States District Judge