# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J.SH SECURITY INDUSTRIES D.C.S. LTD.,, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>BARTECH SYSTEMS INTERNATIONAL INC.,, *et al.*,<br><br>      Defendants. | Case No. 2:07-cv-277-LDG (GWF)<br><br>**JUDGMENT** |

This action was tried to the court without jury and the following decision was reached:

THE COURT **ORDERS** that the plaintiffs J.SH Security Industries D.C.S. Ltd. And JSH International, Inc. recover from the defendant Bartech Systems International, Inc. the amount of $799,650.00, along with interest and costs.

DATED this _5_ day of August, 2010.

_____
Lloyd D. George
United States District Judge