UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

J.SH SECURITY INDUSTRIES DCS Ltd,  )
)
)                    2:07-cv-277 LDG
Plaintiff(s),           )
)
vs.                                )
)
BARTECH SYSTEMS INTL et al,        )
)
Defendant(s).          )

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: 8/13/13

U.S. DISTRICT JUDGE